**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, BOILERMAKERS NATIONAL HEALTH AND WELFARE FUND, BOILERMAKERS NATIONAL ANNUITY TRUST, BOILERMAKERS' NATIONAL APPRENTICESHIP PROGRAM, THE MOBILIZATION, OPTIMIZATION, STABILIZATION AND TRAINING FUND, and JOHN FULTZ as a fiduciary for all of the above-named Funds,<br>            Plaintiffs,<br>v.<br>BASELINE INDUSTRIAL CONSTRUCTION, INC.,<br>            Defendant. | Civil Action No. 19-2576 |

**NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION**

TO: CLERK OF COURT

Plaintiffs, the Boilermaker-Blacksmith National Pension Fund, et al., hereby file this Notice of Voluntary Dismissal of Civil Action, as follows:

1. Plaintiffs initiated this civil action on September 23, 2019.

2. Plaintiffs now wish to dismiss this action, without prejudice.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed.R.Civ.P. 41(a)(1)(A)(i).

4. To date, the above-captioned Defendant has not served an answer or a motion for summary judgment.

5. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may dismiss this action without a court order.

6. Plaintiffs' dismissal of this action is without prejudice.

7. Because the action is dismissed without prejudice, Plaintiffs respectfully request that it be marked closed.

          **TUCKER ARENSBERG, P.C.**

          */s/ Neil J. Gregorio*
          Neil J. Gregorio, Esquire
          KS Id. No. 28000
          PA Id. No. 90895

          1500 One PPG Place
          Pittsburgh, PA  15222
          (412) 566-1212

          Counsel for the Plaintiffs, Boilermaker-Blacksmith National Pension Fund, et al.

TADMS:5477859-1 033794-187358